DANIEL MARINE v. HARRY E. STEWART.

[No. 27, October Term, 1933.]

*Decided November 14th, 1933.*

The cause was argued before BOND, C. J., URNER, OFFUTT, DIGGES, PARKE, and SLOAN, JJ.

*John C. Kump,* for the appellant.

*Biscoe L. Gray,* with whom was *J. Wilson Ryon* on the brief, for the appellee.

SLOAN, J., delivered the opinion of the Court.